FILED'06 DEC 01 12:54USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

CORREE M. ROOFENER,
    Plaintiff,

05-cv-6216 KI

CV 06 - 6216 - KI

v.

ORDER

JO ANNE B. BARNHART,
Commissioner of Social Security,
    Defendant.

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5498.00 and costs in the amount of $250, for a total of $5748.00, are awarded and to be paid directly to Plaintiff's Attorney, Richard F. McGinty, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 30th day of November, 2006.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

Page -1-     ORDER                                                              [CV 06 - 6216 - KI]